IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JAMIE COBAT,  Civ. No. 3:13-cv-01866-CL

    Plaintiff,

ORDER

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

---

CLARKE, Magistrate Judge.

This case comes before the court on an unopposed motion for attorney fees (#33) under 42 U.S.C. § 406(b) in the amount of $8,673.50, minus $4,181.32 in Equal Access to Justice (EAJA) fees already awarded, for a total of $4,492.18. Having reviewed the proceedings and the amount of fees sought, the court concludes that Plaintiff's counsel is entitled to the fees requested; therefore the motion is GRANTED. Payment shall be made in the amount of $4,492.18 by Defendant directly to attorney BRUCE BREWER.

DATED this 27 day of September, 2016.

_____
MARK D. CLARKE
United States Magistrate Judge

Page 1 – ORDER